No. **45611.**—Protest 939621–G of O. E. Barrant (San Francisco).

Opinion by OLIVER, P. J. It was stipulated that the articles in question are similar to those the subject of *Kwong* v. *United States* (T. D. 49409). The claim at 33⅓ percent under paragraph 412 was therefore sustained.

No. **45612.**—Protest 968003–G of American Import Co. (Seattle).

Opinion by OLIVER, P. J. It was stipulated that the atomizers in question are chiefly used in the household and are similar to those the subject of *Rice* v. *United States* (T. D. 49373). The claim at 40 percent under paragraph 339 was therefore sustained.

No. **45613.**—Protests 996156–G, etc., of Alfred Orlik, Inc., et al. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 44140 the atomizers in question were held dutiable at 60 percent under paragraph 218 (f) as claimed.

MARCH 31, 1941

No. **45614.**— .—Protest 987538–G of Bullocks, Inc. Abstract 45342. Application by plaintiff for rehearing denied.

MARCH 27, 1941

No. **45615.**—SUIT 4324.— —*United States* v. *Watson Geach Co., Inc.* C. D. 340 reversed. C. A. D. 157.

BEFORE THE FIRST DIVISION, APRIL 2, 1941

No. **45616.**—Protest 982186–G of N. Y. Merchandise Co., Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the atomizers in question are composed in chief value of decorated glass similar to those involved in Abstract 44140. The claim at 60 percent under paragraph 218 (f) was therefore sustained.

No. **45617.**—Protests 948574–G, etc., of Dan Brechner & Co. et al. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 44605 the dolls in question were held dutiable at 1 cent each and 60 percent ad valorem under paragraph 1513 as claimed.